```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
C. JONES PERRY, JR., as Executor of   :
the Last Will and Testament of        :
GILBERT KERLIN,                       :    09 Civ. 2154 (JSR)
                                      :
            Plaintiff,                :    ORDER
                                      :
      -v-                             :
                                      :
RUSSELL H. McMAINS,                   :
                                      :
            Defendant.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, <u>see</u> transcript dated June 17, 2009, defendant's motion, pursuant to 28 U.S.C. § 1404(a), to transfer the above-captioned action to the United States District Court, Southern District of Texas is hereby denied. The Clerk of the Court is directed to close document number 8 on the Court's docket.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 18, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09
```

1